UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-20796-DPG

JUAN C PAULA and all others similarly )
situated under 29 U.S.C. 216(b), )
                                                   )
                 Plaintiff, )
   vs. )
                                                   )
LA CUCINA MANAGEMENT, INC. d/b/a )
PERRICONE'S MARKETPLACE & CAFE, )
STEVEN PERRICONE, )
                                                   )
               Defendants. )
_____ )

## STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel and files her Statement of Claim and states as follows

**Period: February 23, 2014 – February 23, 2017**

- Number of Weeks in Period: 156 Weeks (Rounded Down)

- Average Hours: 57.5

- Average Overtime Hours Per Week: 17.5

- Rate of Pay: $15.65 per hour

- Overtime Rate: $7.83

- Overtime Claimed: (156 weeks) x (17.5 hours per week of overtime) x ($7.83 overtime rate) = $21,375.90

- Liquidated Damages Claimed: $21,375.90

- **Total overtime wages unpaid and Liquidated Damages:$42,751.80 ($21,375.90 x 2)**

1

*Plaintiff seeks all fees and costs under the FLSA and the above damages done include same.

                                      Respectfully Submitted,

                                      J.H. Zidell, P.A.
                                      *Attorneys for Plaintiff*
                                      300 71st Street, Suite 605
                                      Miami Beach, Florida 33141
                                      Tel: (305) 865-6766
                                      Fax: (305) 865-7167

                                      By: /s/ Neil Tobak
                                      Neil Tobak, Esq.
                                      Florida Bar Number: 93940

## **CERTIFICATE OF SERVICE**

I hereby certify that as of March 22, 2017 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record.

Respectfully Submitted,

                                      J.H. Zidell, P.A.
                                      *Attorneys for Plaintiff*
                                      300 71st Street, Suite 605
                                      Miami Beach, Florida 33141
                                      Tel: (305) 865-6766
                                        Fax: (305) 865-7167

                                      By: /s/ Neil Tobak
                                      Neil Tobak, Esq.
                                      Florida Bar Number: 93940