UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20796-CIV-GAYLES/OTAZO-REYES

JUAN C. PAULA and all others similarly
situated under 29 U.S.C. 216(b),

        Plaintiff,

v.

LA CUCINA MANAGEMENT, INC. d/b/a
PERRICONE'S MARKETPLACE & CAFE
and STEVEN PERRICONE,

        Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants La Cucina Management, Inc. ("La Cucina") and Steven Perricone ("Perricone") (together, "Defendants") Motion to Dismiss Plaintiff Juan Paula's ("Plaintiff") Complaint (hereafter, "Motion to Dismiss") [D.E. 12]; and a Notice of Hearing in which Defendants requested an entry of a protective order regarding their depositions [D.E. 27]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 14 & 24]. The undersigned held a hearing on these matters on May 17, 2017.

At the hearing, Plaintiff agreed to file an amended complaint that provides more specificity for the similarly-situated party allegations for the purposes of class certification. The undersigned found that Plaintiff's willfulness allegations are sufficient. Given Plaintiff's filing of an amended complaint, it is

ORDERED AND ADJUDGED that Defendants' Motion to Dismiss [D.E. 12] is DENIED AS MOOT.

With regard to the discovery dispute, it is further

ORDERED AND ADJUDGED as follows:

- Plaintiff's deposition shall take place on **June 13, 2017**.
- Perricone's deposition, as an individual and as corporate representative for La Cucina, shall take place on **June 14, 2017**.
- Plaintiff must serve any post-deposition written discovery by **June 19, 2017**. Defendants shall respond to such discovery by the discovery deadline of **July 12, 2017**.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of May, 2017.

                                                ALICIA M. OTAZO-REYES
                                                UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
       Counsel of Record